1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   James J. Tamulski (State Bar #64880)
2  Jared A. Washkowitz (State Bar #226211)
   49 Stevenson Street, Suite 400
3  San Francisco, CA  94105
   Telephone:     (415) 227-9455
4  Facsimile:     (415) 227-4255
   E-Mail:        jtamulski@edptlaw.com
5                 jwashkowitz@edptlaw.com

6  Attorneys for Defendant K/S ARIES SHIPPING, erroneously
   sued as ARIES MARITIME TRANSPORT, LTD.

7

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12
   LORI WADE, individually and as Personal        Case No.: C 07 5487
13 Representative of PAUL ALAN WADE,
   Deceased,                                       **DEFENDANT K/S ARIES SHIPPING,
14                                                 erroneously sued as ARIES MARITIME
                   Plaintiff,                      TRANSPORT, LTD.,
15                                                 ACKNOWLEDGMENT OF RECEIPT
           vs.                                     PURSUANT TO FED.R.CIV.P. 4(d)**
16 TSCHUDI SHIPPING COMPANY, A.S.,
   REDERIET OTTO DANIELSEN, ARIES
17 MARITIME TRANSPORT, LTD., FIRST
   BALTIC SHIP MANAGMENT, A.S.
18
                   Defendants.
19

20        Defendants K/S ARIES SHIPPING, erroneously sued as ARIES MARITIME

21 TRANSPORT, LTD., pursuant to Fed.R.Civ.P. 4(d), hereby acknowledges receipt of:

22
23        1.     a copy of the Summons on First Amended Complaint

24        2.     a copy of the First Amended Complaint

25        3.     a copy of the Court's Order Setting Initial Case Management Conference and

26 ADR Deadlines with attachments thereto

27        4.     a copy of the Notice of Assignment to Case to A U.S. Magistrate Judge for Trial

28
                                       - 1 -

Acknowledgment of Receipt
Case No.: C 07 5487
\\fileserver\DOCS\45100.011 EVA DANIELSEN\Pleadings\Notice of Acknowlegement- KS Aries Shipping.doc

5.      a copy of the Court's ECF Registration Information Handout

6.      a copy of the Court's document entitled "Welcome to the U.S. District Court, San Francisco."

DATED: December 28, 2007  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By _____

James J. Tamulski
Jared A. Washkowitz
Attorneys for Defendant K/S ARIES SHIPPING,
erroneously sued as ARIES MARITIME
TRANSPORT, LTD.

Acknowledgment of Receipt
Case No.: C 07 5487
\\fileserver\DOCS\45100.011 EVA DANIELSEN\Pleadings\Notice of Acknowlegement- KS Aries Shipping.doc