EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: jtamulski@edptlaw.com
jwashkowitz@edptlaw.com

Attorneys for Defendant REDERIET OTTO DANIELSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI WADE, individually and as Personal Representative of PAUL ALAN WADE, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TSCHUDI SHIPPING COMPANY, A.S., REDERIET OTTO DANIELSEN, ARIES MARITIME TRANSPORT, LTD., FIRST BALTIC SHIP MANAGMENT, A.S.<br><br>Defendants. | Case No.: C 07 5487<br><br>**DEFENDANT REDERIET OTTO DANIELSEN'S ACKNOWLEDGMENT OF RECEIPT PURSUANT TO FED.R.CIV.P. 4(d)** |

Defendant REDERIET OTTO DANIELSEN, pursuant to Fed.R.Civ.P. 4(d), hereby acknowledges receipt of:

1. a copy of the Summons on First Amended Complaint

2. a copy of the First Amended Complaint

3. a copy of the Court's Order Setting Initial Case Management Conference and ADR Deadlines with attachments thereto

4. a copy of the Notice of Assignment to Case to A U.S. Magistrate Judge for Trial

- 1 -

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

Acknowledgment of Receipt
Case No.: C 07 5487
G:\45100.011 EVA DANIELSEN\Pleadings\Notice of Acknowlegement-Rederiet Otto Danielsen.doc

5.    a copy of the Court's ECF Registration Information Handout

6.    a copy of the Court's document entitled "Welcome to the U.S. District Court, San Francisco."

DATED: December 28, 2007  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By _____
James J. Tamulski
Jared A. Washkowitz
Attorneys for Defendant REDERIET OTTO DANIELSEN

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

Acknowledgment of Receipt
Case No.: C 07 5487
G:\45100.011 EVA DANIELSEN\Pleadings\Notice of Acknowlegement-Rederiet Otto Danielsen.doc