UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LORI WADE, individually and as
Personal Rep. of PAUL ALAN WADE
           Plaintiff(s),

Case No. C 07 5487 JCS

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

TSCHUDI SHIPPING COMPANY,
A.S., et al.
           Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Jan. 18, 2008

LORI WADE
[Party]

Dated: Jan. 18, 2008

JOHN R. HILLSMAN
[Counsel]