UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LORI WADE, individually and as Personal
Representative of PAUL ALAN WADE,
Deceased
          Plaintiff(s),

v.

TSCHUDI SHIPPING COMPANY, A.S.,
et al.
          Defendant(s).
_____/

CASE NO. C 07 5487 JCS

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline  Please see accompanying Declaration re current case status.

Dated: Jan. 18, 2008

                              Attorney for Plaintiff

Dated:_____

                              Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated:_____          _____

                                                          UNITED STATES MAGISTRATE JUDGE

John R. Hillsman (State Bar No. 71220)
Abraham Feinstein Hillsman (State Bar No. 241810)
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 421-9292

Attorneys for Plaintiff
LORI WADE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI WADE, individually and as Personal Representative of PAUL ALAN WADE Deceased,<br><br>                    Plaintiff,<br><br>vs.<br><br>TSCHUDI SHIPPING COMPANY A.S., REDERIET OTTO DANIELSEN, K/S ARIES SHIPPING, FIRST BALTIC SHIP MANAGEMENT A.S.<br><br>                    Defendants. | No. C 07 5487 JCS<br><br>E-FILING<br><br>DECLARATION OF PLAINTIFF'S COUNSEL, JOHN R. HILLSMAN, RE: THE PARTIES' INABILITY TO TIMELY STIPULATE TO A SELECTED ADR PROCESS |

I, JOHN R. HILLSMAN, hereby state and affirm that:

1. I am an attorney-at-law duly admitted to practice by the State of California and before this Honorable Court, and am one of the attorneys of record for Plaintiff LORI WADE.

2. This Court's October 26, 2007 Order Setting Initial Case Management Conference and ADR Schedule set January 18, 2008 as the parties' deadline for discussing and selecting an

1

ADR process herein. I have discussed that Order, and its ADR deadline, with attorney James Tamulski, whose firm has graciously acknowledged service of this action on behalf of the Defendants herein, all of whom are foreign corporations based in Europe. Their answers are not due until January 28, 2008, so none of them have formally appeared herein yet. As a consequence, Mr. Tamulski was not in a position to stipulate to a particular ADR process by January 18, 2008. I have informed him, however, that the Plaintiff is prepared to stipulate to a private mediation before the Judicial Arbitration and Mediation Service or some like provider. Mr. Tamulski indicated that he would recommend such a stipulation to his clients, but will not be in a position to confirm their agreement until after they have answered, and formally submitted to the jurisdiction of the Court.

I have reviewed the foregoing declaration, and can confirm under penalty of perjury that the facts and opinions contained therein are true and correct, and personally known to me, and that if I were called as a witness herein, I could competently so testify under oath.

Executed on this 18th day of January, 2008, in the City and County of San Francisco, State of California.

_____
John R. Hillsman