EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: jtamulski@edptlaw.com
jwashkowitz@edptlaw.com

Attorneys for Defendants REDERIET OTTO DANIELSEN,
and K/S ARIES SHIPPING (erroneously sued as
"ARIES MARITIME TRANSPORT, LTD.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI WADE, individually and as Personal Representative of PAUL ALAN WADE, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TSCHUDI SHIPPING COMPANY, A.S., REDERIET OTTO DANIELSEN, ARIES MARITIME TRANSPORT, LTD., FIRST BALTIC SHIP MANAGMENT, A.S.<br><br>Defendants. | Case No.: C 07 5487 JCS<br><br>**DEFENDANTS REDERIET OTTO DANIELSEN, and K.S. ARIES SHIPPING (erroneously sued as "ARIES MARITIME TRANSPORT, LTD.") ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendants REDERIET OTTO DANIELSEN (herein "REDERIET"), and K.S. ARIES SHIPPING (erroneously sued as "ARIES MARITIME TRANSPORT, LTD." (herein "ARIES"), by and through their undersigned attorneys hereby respond to Plaintiff's First Amended Complaint, in paragraphs numbered to correspond to that pleading, as follows:

**PRELIMINARY ALLEGATIONS**

1. Defendants deny the allegations contained therein.

2. Defendants admit the allegations contained therein.

3. Defendants are without sufficient information or belief to admit or deny the allegations contained therein, and on that basis deny same.

- 1 -
DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No  C 07 5487 JCS
G \45100 011 EVA DANIELSEN\Pleadings\Answer 1st revision doc

4. Defendants are without sufficient information or belief to admit or deny the allegations contained therein, and on that basis deny same.

5. Defendants are without sufficient information or belief to admit or deny the allegations contained therein, and on said basis deny same.

6. Defendants are without sufficient information or belief to admit or deny the allegations contained therein, and on said basis deny same.

7. Defendants are without sufficient information or belief to admit or deny the allegations contained therein, and on said basis deny same.

8. Defendants are without sufficient information or belief to admit or deny the allegations contained therein, and on said basis deny same.

9. Defendants deny the allegations contained therein.

10. Defendants admit that Defendant REDERIET OTTO DANIELSEN was, and is, a corporation organized and existing under the laws of Denmark, and was and is doing business as a managing ship owner engaged in international trade upon the high seas. Defendants deny the remaining allegations thereof.

11. Defendants admit that K/S ARIES SHIPPING (erroneously sued as "ARIES MARITIME TRANSPORT, LTD.") was, and is, a corporation organized and existing under the laws of Denmark, and was, and is, doing business as a ship owner engaged in international trade upon the high seas. Defendants deny the remaining allegations thereof.

12. Defendants admit that Defendant FIRST BALTIC SHIP MANAGEMENT, A.S. is a corporation organized and existing under foreign laws, and was and still is in the business as a ship management company. Defendants deny the remaining allegations thereof.

13. Defendants deny the allegations thereof.

14. Defendants are without sufficient information or belief to admit or deny the allegations thereof, and on that basis deny same.

15. Defendants admit that K/S ARIES SHIPPING was the owner of the steel hulled M/V EVA DANIELSEN. Defendants deny the remaining allegations thereof.

EMARD DANOFF PORT
FAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No   C 07 5487 JCS
G \45100 011 EVA DANIELSEN\Pleadings\Answer 1st revision doc

## OPERATIVE FACTS

16. Defendants admit that the M/V EVA DANEILSEN departed port headed toward Portland, Oregon on July 13, 2007. Defendants deny the remaining allegations thereof.

17. Defendants admit that the M/V EVA DANIELSEN was headed for Portland, Oregon, and that the decedent was operating the F/V BUONA MADRE off Point Reyes, trolling for salmon in weather that was foggy. Defendants deny the remaining allegations thereof.

18. Defendants admit that the EVA DANIELSEN contacted the Coast Guard, and after being released by the Coast Guard, continued on to Portland, Oregon. Defendants deny the remaining allegations thereof.

## FIRST CAUSE OF ACTION

19. A response is not required to the allegations in paragraph 19 of the First Amended Complaint, which merely incorporates previous allegations. To the extent a response is required, Defendants incorporate their responses to paragraphs 1-18 of the First Amended Complaint.

20. Defendants admit that this action arises under 46 U.S.C. § 30301 et seq. Defendants deny the remaining allegations thereof.

21. Defendants deny the allegations thereof.

22. Defendants deny the allegations thereof.

23. Defendants are without sufficient information or belief to admit or deny the allegations contained therein, and on said basis deny same.

24. Defendants are without sufficient information or belief to admit or deny the allegations contained therein, and on said basis deny same.

25. Defendants are without sufficient information or belief to admit or deny the allegations contained therein, and on said basis deny same.

26. Defendants are without sufficient information or belief to admit or deny the allegations contained therein, and on said basis deny same.

27. Defendants deny the allegations thereof.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No   C 07 5487 JCS
G \45100 011 EVA DANIELSEN\Pleadings\Answer 1st revision doc

### FIRST AFFIRMATIVE DEFENSE

As their First Affirmative Defense, Defendants allege that the causes of action alleged in the First Amended Complaint fail to state claims upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

As their Second Affirmative Defense, Defendants allege that Plaintiff is not entitled to a jury trial under the Death on the High Seas Act, 46 USCS §§ 30301 et seq.

### THIRD AFFIRMATIVE DEFENSE

As their Third Affirmative Defense, Defendants allege that Plaintiff's recovery of damages against Defendants, if any, is limited to damages representing Plaintiff's pecuniary losses.

### FOURTH AFFIRMATIVE DEFENSE

As their Fourth Affirmative Defense, Defendants allege that the damages complained of, if any there were, were proximately contributed to or caused by the carelessness, negligence, fault or actions of third persons or entities for whom Defendants are not legally liable. Should Defendants be found liable to Plaintiff, which liability is expressly denied, Defendants are entitled to have this award against them rebated, reduced, or eliminated to the extent that the carelessness, negligence, fault or actions of said third persons or entities contributed to Plaintiff's damages, if any.

### FIFTH AFFIRMATIVE DEFENSE

As their Fifth Affirmative Defense, Defendants allege that the damages complained of in the First Amended Complaint were cause in whole or in part by the decedent's negligence with respect to the maintenance and/or operation of the vessel BUONA MADRE, and failure to care for his own safety.

### SIXTH AFFIRMATIVE DEFENSE

As their Sixth Affirmative Defense, Defendants allege that, at all material times, the BUONA MADRE was operated negligently and in violation of applicable state and federal navigational statutes, rules and regulations, and that said negligent operation was a proximate cause of the damages alleged in the First Amended Complaint.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 4 -

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No  C 07 5487 JCS
G:\45100 011 EVA DANIELSEN\Pleadings\Answer 1st revision.doc

#### SEVENTH AFFIRMATIVE DEFENSE

As their Seventh Affirmative Defense, Defendants allege that punitive damages are not available to Plaintiff under applicable law.

#### EIGHTH AFFIRMATIVE DEFENSE

As their Eighth Affirmative Defense, Defendants allege that federal maritime law governs the rights and obligations of the parties to this action.

#### NINTH AFFIRMATIVE DEFENSE

As their Ninth Affirmative Defense, Defendants allege that Plaintiff, and all those who claim through her, failed to mitigate damages, if any, and that Plaintiff's damages should be reduced accordingly.

#### TENTH AFFIRMATIVE DEFENSE

As their Tenth Affirmative Defense, Defendants allege that their liability, if any, for the damages alleged in the First Amended Complaint should be reduced in proportion to decedent's comparative fault.

#### ELEVENTH AFFIRMATIVE DEFENSE

As their Eleventh Affirmative Defense, Defendants allege that at all material times the EVA DANIELSEN was operated in compliance with all applicable state and federal navigational statutes, rules and regulations.

#### TWELFTH AFFIRMATIVE DEFENSE

As their Twelfth Affirmative Defense, Defendants claim the benefit of any and all exonerations or limitations of liability conferred under federal and/or state law, including but not limited 46 U.S.C. §§ 30501 et seq.

\\\

\\\

\\\

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 5 -

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No   C 07 5487 JCS
G:\45100 011 EVA DANIELSEN\Pleadings\Answer 1st revision.doc

## THIRTEENTH AFFIRMATIVE DEFENSE

Defendants reserve their right to supplement these affirmative defenses as discovery continues.

DATED:  January 28, 2008        EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP


By_____/s/_____
              James J. Tamulski
              Jared A. Washkowitz
Attorneys for Defendants REDERIET OTTO DANIELSEN,
and K.S. ARIES SHIPPING

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 6 -

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
Case No   C 07 5487 JCS
G \45100 011 EVA DANIELSEN\Pleadings\Answer 1st revision doc