EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:  (415) 227-9455
Facsimile:  (415) 227-4255
E-Mail:   jtamulski@edptlaw.com
          jwashkowitz@edptlaw.com

Attorneys for Defendants REDERIET OTTO DANIELSEN,
and K/S ARIES SHIPPING (erroneously sued as
"ARIES MARITIME TRANSPORT, LTD.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI WADE, individually and as Personal Representative of PAUL ALAN WADE, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TSCHUDI SHIPPING COMPANY, A.S., REDERIET OTTO DANIELSEN, ARIES MARITIME TRANSPORT, LTD., FIRST BALTIC SHIP MANAGMENT, A.S.<br><br>Defendants. | Case No.: C 07 5487 JCS<br><br>**DEFENDANTS REDERIET OTTO DANIELSEN, and K.S. ARIES SHIPPING (erroneously sued as "ARIES MARITIME TRANSPORT, LTD.") OBJECTION TO ASSIGNMENT OF CASE TO MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE** |

Defendants REDERIET OTTO DANIELSEN (herein "REDERIET"), and K.S. ARIES SHIPPING (erroneously sued as "ARIES MARITIME TRANSPORT, LTD." (herein "ARIES"), by and through their undersigned attorneys hereby object to the assignment of this case to a Magistrate Judge and request that this case be re-assigned to a District Judge.

DATED: January 29, 2008         EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP


By_____/s/_____
James J. Tamulski
Jared A. Washkowitz
Attorneys for Defendants REDERIET OTTO DANIELSEN,
and K.S. ARIES SHIPPING

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -

DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE
Case No   C 07 5487 JCS
G:\45100 011 EVA DANIELSEN\Pleadings\Objection to Magistrate.doc