EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:     (415) 227-9455
Facsimile:     (415) 227-4255
E-Mail:        jtamulski@edptlaw.com
               jwashkowitz@edptlaw.com

Attorneys for Defendants REDERIET OTTO DANIELSEN, and K/S ARIES SHIPPING (erroneously sued as "ARIES MARITIME TRANSPORT, LTD.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI WADE, individually and as Personal Representative of PAUL ALAN WADE, Deceased,<br><br>Plaintiff,<br><br>vs.<br>TSCHUDI SHIPPING COMPANY, A.S., REDERIET OTTO DANIELSEN, ARIES MARITIME TRANSPORT, LTD., FIRST BALTIC SHIP MANAGMENT, A.S.<br><br>Defendants. | Case No.: C 07 5487 CW<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (L.R. 3-16)** |

Defendants REDERIET OTTO DANIELSEN (herein "REDERIET"), and K.S. ARIES SHIPPING (herein "ARIES (collectively "Defendants"), hereby identify the following persons, firms, partnerships, corporations (including parent corporations) or other entities known to have either a financial interest in the subject matter in controversy or in a party to the proceeding, or any kind of interest that could be substantially affected by the outcome of the proceeding:

1.   ReDeriet Otto Danielsen, A.S.

2.   K/S Aries Shipping

- 1 -

Certificate of Interested Entities or Persons
Case No.: C 07 5487 CW
G:\45100.011 EVA DANIELSEN\Pleadings\Certificate of Interested Parties.doc

3.  Lori Wade

DATED: February 26, 2008          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP


By_____/s/_____
James J. Tamulski
Jared A. Washkowitz
Attorneys for Defendants REDERIET OTTO DANIELSEN, and K/S ARIES SHIPPING (erroneously sued as "ARIES MARITIME TRANSPORT, LTD.")

- 2 -

Certificate of Interested Entities or Persons
Case No.: C 07 5487 CW
G:\45100.011 EVA DANIELSEN\Pleadings\Certificate of Interested Parties.doc