1   EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
    James J. Tamulski (State Bar #64880)
2   Jared A. Washkowitz (State Bar #226211)
    49 Stevenson Street, Suite 400
3   San Francisco, CA  94105
    Telephone:    (415) 227-9455
4   Facsimile:    (415) 227-4255
    E-Mail:       jtamulski@edptlaw.com
5                 jwashkowitz@edptlaw.com

6   Attorneys for Defendants REDERIET OTTO DANIELSEN,
    and K/S ARIES SHIPPING (erroneously sued as
7   "ARIES MARITIME TRANSPORT, LTD.")

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12  LORI WADE, individually and as Personal      Case No.:  C 07 5487 CW
    Representative of PAUL ALAN WADE,
13  Deceased,                                    **ADR CERTIFICATION BY PARTIES
                                                 AND COUNSEL**
14                 Plaintiff,
                                                 **E-FILING**
15          vs.
    TSCHUDI SHIPPING COMPANY, A.S.,
16  REDERIET OTTO DANIELSEN, ARIES
    MARITIME TRANSPORT, LTD., FIRST
17  BALTIC SHIP MANAGMENT, A.S.

18                 Defendants.

19

20          Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies

21  that he or she has:

22          (1)     Read the handbook entitled "*Dispute Resolution Procedures in the Northern*

23  *District of California*" on the Court's ADR Interact site *www.adr.cand.uscourts.gov* (*Limited*

24  *printed copies are available from the clerk's office for parties in cases not subject to the court's*

25  *Electronic Case Filing program (ECF) under General Order 45*);

26          (2)     Discussed the available dispute resolution options provided by the Court and

27  private entities; and

28

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

                                        - 1 -

ADR CERTIFICATION BY PARTIES AND COUNSEL
Case No.: C 07 5487 JCS
C:\Documents and Settings\charlotte.SKULD\Local Settings\Temporary Internet Files\OLK6\ADR Certification.doc

(3)    Considered whether this case might benefit from any of the available dispute case resolution options.

DATED:  February 29, 2008         By: _____
                                       Charlotte Valentin, Skuld North America Inc.
                                  For Defendants REDERIET OTTO DANIELSEN, and K.S.
                                  ARIES SHIPPING


DATED:  February 29, 2008         EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

                                  By: _____
                                       James J. Tamulski

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

ADR CERTIFICATION BY PARTIES AND COUNSEL
Case No.:  C 07 5487 JCS
C:\Documents and Settings\charlotte.SKULD\Local Settings\Temporary Internet Files\OLK6\ADR Certification.doc