EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:   (415) 227-9455
Facsimile:    (415) 227-4255
E-Mail:        jtamulski@edptlaw.com
                   jwashkowitz@edptlaw.com

Attorneys for Defendants REDERIET OTTO DANIELSEN, and K/S ARIES SHIPPING (erroneously sued as "ARIES MARITIME TRANSPORT, LTD.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI WADE, individually and as Personal Representative of PAUL ALAN WADE, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TSCHUDI SHIPPING COMPANY, A.S., REDERIET OTTO DANIELSEN, ARIES MARITIME TRANSPORT, LTD., FIRST BALTIC SHIP MANAGMENT, A.S.<br><br>Defendants. | Case No.: C 07 5487 CW<br><br>**STIPULATION AND [PROPOSED] ORDER RE MEDIATION** |

It is hereby stipulated by and between the parties that they proceed with private mediation, as opposed to court-connected mediation. When counsel for defendants appeared before this Court for the Case Management Conference he had not received instructions from his client with regard to the preferred ADR procedure. However, now having received those instructions, the parties jointly wish to proceed with private mediation, and respectfully ask the Court to Amend the Minute Order and Case Management Order to reflect that desire.

- 1 -

STIPULATION AND [PROPOSED] ORDER RE MEDIATION
Case No.: C 07 5487 CW
F:\CLIENTS - ACTIVE\Wade\Pleadings\stipulationandorder.doc

Respectfully submitted,

DATED: April 9, 2008    MCGUINN HILLSMAN & PALEFSKY

By _____/s/_____
John R. Hillsman
Attorneys for Plaintiff LORI WADE, individually and as Personal Representative of PAUL ALAN WADE, Deceased

DATED: April 9, 2008    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By _____/s/_____
James J. Tamulski
Jared A. Washkowitz
Attorneys for Defendants REDERIET OTTO DANIELSEN, and K/S ARIES SHIPPING (erroneously sued as "ARIES MARITIME TRANSPORT, LTD.")

IT IS HEREBY ORDERED THAT this matter proceed with Private Mediation **with the deadline previously set.**

April 14, 2008

_____
Claudia Wilken
United States District Judge

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

STIPULATION AND [PROPOSED] ORDER RE MEDIATION
Case No.: C 07 5487 CW
F:\CLIENTS - ACTIVE\Wade\Pleadings\stipulationandorder.doc