EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: jtamulski@edptlaw.com
jwashkowitz@edptlaw.com

Attorneys for Defendants Attorneys for Defendants REDERIET OTTO DANIELSEN, and K.S. ARIES SHIPPING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI WADE, individually and as Personal Representative of PAUL ALAN WADE, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TSCHUDI SHIPPING COMPANY, A.S., REDERIET OTTO DANIELSEN, ARIES MARITIME TRANSPORT, LTD., FIRST BALTIC SHIP MANAGMENT, A.S.<br><br>Defendants. | Case No.: C 07 5487 CW<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE ADR FROM AUGUST 4, 2008 UNTIL OCTOBER 31, 2008; [PROPOSED] ORDER** |

Plaintiff LORI WADE, individually and as Personal Representative of PAUL ALAN WADE, Deceased, and Defendants REDERIET OTTO DANIELSEN and K.S. ARIES SHIPPING (herein "Defendants") (collectively "the Parties") hereby stipulate as follows:

1. Plaintiff seeks damages due to the death of decedent Paul Alan Wade in July 2007 in waters off the coast of Point Reyes, California.

2. Plaintiff's First Amended Complaint was filed on October 29, 2007.

3. Defendants filed an Answer to the First Amended Complaint on January 28, 2008.

4. On March 20, 2008 this Court issued a Case Management Order whereby the Parties were ordered to complete their ADR session (private mediation) by **August 4, 2008**.

5. A further case management conference is set for January 15, 2009.

6. Trial is set for May 4, 2009.

7. The Parties are in the process of conducting written discovery.

8. No depositions have been taken at this time due to scheduling conflicts, difficulty in locating various witnesses, and an ongoing dispute regarding when Plaintiff's deposition should be taken.

9. The Parties believe that they must complete some or all of these depositions in order to meaningfully participate in private mediation.

10. Due to the Parties' scheduling conflicts, difficulty in locating various witnesses, and the dispute regarding when Plaintiff's deposition should be taken, the Parties anticipate that they will not be able to complete the necessary depositions and additional written discovery until late October 2008.

11. Accordingly the Parties request that the Court enter an Order extending the date for the Parties to complete the ADR session from August 4, 2008 until **October 31, 2008**.

12. Extending the date for the Parties to complete the ADR session will not impact any other deadline set by the Court in this case.

DATED: July 9, 2008                    MCGUINN HILLSMAN & PALEFSKY

                                       By _____/s/_____
                                          John R. Hillsman
                                       Attorneys for Plaintiff LORI WADE, individually and as Personal Representative of PAUL ALAN WADE, Deceased

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

STIPULATION AND [PROPOSED] ORDER
Case No.: C 07 5487 CW
G:\45100.011 EVA DANIELSEN\Pleadings\Stipulation to Extend ADR Deadline.doc

DATED: July 9, 2008          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By_____/s/_____
James J. Tamulski
Jared A. Washkowitz
Attorneys for Defendants REDERIET OTTO
DANIELSEN and K.S. ARIES SHIPPING

**[PROPOSED] ORDER**

The above Stipulation is approved. The Parties shall complete the ADR process by October 31, 2008.

Dated:_____          _____
HON. CLAUDIA WILKEN

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -

STIPULATION AND [PROPOSED] ORDER
Case No.: C 07 5487 CW
G:\45100.011 EVA DANIELSEN\Pleadings\Stipulation to Extend ADR Deadline.doc