EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:    (415) 227-9455
Facsimile:    (415) 227-4255
E-Mail:       jtamulski@edptlaw.com
              jwashkowitz@edptlaw.com

Attorneys for Defendants REDERIET OTTO
DANIELSEN and K.S. ARIES SHIPPING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI WADE, individually and as Personal Representative of PAUL ALAN WADE, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TSCHUDI SHIPPING COMPANY, A.S., REDERIET OTTO DANIELSEN, ARIES MARITIME TRANSPORT, LTD., FIRST BALTIC SHIP MANAGMENT, A.S.<br><br>Defendants. | Case No.: C 07 5487 CW<br><br>**DEFENDANTS REDERIET OTTO DANIELSEN AND K.S. ARIES SHIPPING'S NOTICE OF MOTION TO COMPEL PLAINITFF TO APPEAR FOR DEPOSITION AND TO SERVE FURTHER RESPONSES TO DEFENDANTS' REQUEST FOR PRODUCTION SET ONE, AND REQUEST FOR MONETARY SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; DECLARATION OF JARED A. WASHKOWITZ; [PROPOSED] ORDER**<br><br>DATE:  TO BE SET<br>TIME:  TO BE SET<br>PLACE: TO BE SET |

TO ALL PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants REDERIET OTTO DANIELSEN (herein "REDERIET") and K.S. ARIES SHIPPING (herein "ARIES") (herein collectively "Defendants") will and hereby do move this Court for an Order compelling Plaintiff to appear for deposition

- 1 -

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

Notice of Motion to Compel
Case No.: C 07 5487
G:\45100.011 EVA DANIELSEN\Discovery\MOTION TO COMPEL\Notice.doc

and to serve further responses to Defendants' Request for Production Set One, and awarding monetary sanctions to Defendants' in the amount of $1,950.00, as set forth in the supporting Declaration of Jared A. Washkowitz.

This motion is made upon grounds that Plaintiff has refused to appear for her duly noticed deposition in this case, and her counsel has indicated that she will not appear for deposition unless certain unreasonable conditions are met. In addition, with regard to discovery, this motion is made upon grounds that Plaintiff has failed to produce evidence that was referred to in her interrogatory responses, despite repeated requests from Defendants for these items.

The motion is based upon this Notice, Memorandum of Points and Authorities in Support, the Declaration of Jared A. Washkowitz, and such further information as the Court deems appropriate.

DATED: July 11, 2008        EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By    /s/ Jared A. Washkowitz (SBN 226211)
       James J. Tamulski
       Jared A. Washkowitz
Attorneys for Defendants REDERIET OTTO DANIELSEN,
and K.S. ARIES SHIPPING

49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:    (415) 227-9455

- 2 -