EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Jared A. Washkowitz (State Bar #226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:  (415) 227-9455
Facsimile:  (415) 227-4255
E-Mail:  jtamulski@edptlaw.com
         jwashkowitz@edptlaw.com

Attorneys for Defendants REDERIET OTTO
DANIELSEN, and K.S. ARIES SHIPPING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI WADE, individually and as Personal Representative of PAUL ALAN WADE, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TSCHUDI SHIPPING COMPANY, A.S., REDERIET OTTO DANIELSEN, ARIES MARITIME TRANSPORT, LTD., FIRST BALTIC SHIP MANAGMENT, A.S.<br><br>Defendants. | Case No.: C 07 5487 CW<br><br>**[PROPOSED] ORDER**<br><br>DATE:  TO BE SET<br>TIME:  TO BE SET<br>PLACE: TO BE SET |

THIS CAUSE having come before the Court upon Defendants REDERIET OTTO DANIELSEN (herein "REDERIET") and K.S. ARIES SHIPPING (herein "ARIES") (herein collectively "Defendants") Motion for an Order compelling Plaintiff to appear for deposition and to serve further responses to Defendants' Request for Production Set One, Nos. 1, 11-19, and 21, and awarding monetary sanctions to Defendants' in the amount set forth in the supporting Declaration of Jared A. Washkowitz, the Court having reviewed the moving and opposing papers and having heard argument of counsel, it is hereby.

- 1 -

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

[Proposed] Order
Case No.: C 07 5487
G:\45100.011 EVA DANIELSEN\Discovery\MOTION TO COMPEL\[Proposed] Order.doc

ORDERED AND ADJUDGED as follows:

____ Plaintiff is ordered to appear for deposition unconditionally and as soon as possible. The parties shall confer to determine a mutually agreeable date and time, and Defendants shall NOT be required to serve another notice of the deposition.

____ Plaintiff is ordered to serve further responses to Defendants' Request for Production, Set One, Nos. 1, 11-19 and 21 (consistent with Defendants' moving papers) within seven (5) days of the date of this Order.

____ Monetary sanctions are awarded against Plaintiff/Plaintiff's counsel in favor of Defendants in the amount of $_____. This amount shall be paid by check made payable to Defendants counsel within seven (5) days of the date of this Order.

IT IS SO ORDERED.

DATED: _____          _____
                          MAGISTRATE JUDGE
                          UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

[Proposed] Order
Case No.: C 07 5487
G:\45100.011 EVA DANIELSEN\Discovery\MOTION TO COMPEL\[Proposed] Order.doc