IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORI WADE,

       Plaintiff,

  v.

TSCHUDI SHIPPING COMPANY A.S., et al.,

       Defendants.
                                /

No. C 07-05487 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Defendants Rederiet Otto Danielsen and K.S. Aries Shipping's Motion to Compel Plaintiff to Appear for Deposition and to Serve Further Responses to Defendants' Request for Production Set One, and Request for Monetary Sanctions and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.

    Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 7/23/08

                                      CLAUDIA WILKEN
                                      United States District Judge

cc: Wings; Assigned M/J w/mo.