UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI WADE, et al., ) | |
| ) | |
| Plaintiff(s), ) | No. C07-5487 CW (BZ) |
| ) | |
| v. ) | |
| ) | **ORDER SCHEDULING** |
| TSCHUDI SHIPPING COMPANY, et) | **TELEPHONIC CONFERENCE** |
| al., ) | |
| ) | |
| Defendant(s). ) | |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the pending discovery dispute is scheduled for **Monday, August 11, 2008 at 2:00 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated:  August 4, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WADE\TEL CONFERENCE ORDER1.wpd

1