UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORI WADE, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C07-5487 CW (BZ) |
| | ) | |
| v. | ) | **ORDER DENYING MOTION TO COMPEL** |
| | ) | |
| TSCHUDI SHIPPING COMPANY, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Judge Wilken has referred defendants' motion to compel and for sanctions and all discovery disputes in this matter to me. Following a telephone conference during which the parties were represented by, **IT IS HEREBY ORDERED** that defendants' motion to compel is **DENIED** as **MOOT**. Defendants' request for sanctions is **DENIED** because defendants did not comply with the requirement of Civil Local Rule 7-8(a) that a motion for sanctions be filed separately.

Dated: August 13, 2008

_Bernard Zimmerman_
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WADE\ORDER DENYING MOTION TO COMPEL AS MOOT.wpd

1