1   John J. Hughes, Cal. State Bar #96481
    LAW OFFICE OF JOHN J. HUGHES
2   Number One Cathedral Hill Tower
    1200 Gough Street
3   San Francisco, CA  94109
    (415) 928-4200
4   (415) 928-4264 Fax
    Email: sealawyer@sbcglobal.net
5   Attorney for Brian Stacy

6                    UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                         OAKLAND DIVISION

9                                    )   **CASE NO.:** C 07 5487 CW
    LORI WADE, individually and as Personal, )
10  Representative of PAUL ALAN WADE,    )
    Deceased,                           )
11                                      )
                    Plaintiff,          )
12                                      )   **ADMINISTRATIVE MOTION TO CONSIDER**
        - vs -                          )   **WHETHER CASES SHOULD BE RELATED**
13                                      )
    TSCHUDI SHIPPING COMPANY, A.S.,     )
14  *et al.*                            )
                                        )
15                  Defendants.         )
                                        )
16  _____)

17          Pursuant to Local Rules 3-12 and 7-11, Brian Stacy hereby advises the Court of the filing of

18  an apparently related case and requests that the Court order that the cases are related.

19          On July 25, 2008, Brian Stacy filed the case of *Stacy v. Rederiet Otto Danielsen, A.S.,* and *K/S*

20  *Aries Shipping,* Case No. C 08 3568 EMC.  That case involves the same party defendants as the

21  captioned case.  Both cases involve claims which arise out of an incident off Point Reyes on July 13,

22  2007, in which the M/V EVA DANIELSEN is alleged to have collided with the F/V BUONA

23  MADRE.  Plaintiff, Brian Stacy, believes that it is in the interests of efficient administration of this

24  litigation to relate the cases.

25  Dated: August 15, 2008                      Law Offices of John J. Hughes

26

27                                              By:_____
                                                        John J. Hughes
28