1  John J. Hughes, Cal. State Bar #96481
   LAW OFFICE OF JOHN J. HUGHES
2  Number One Cathedral Hill Tower
   1200 Gough Street
3  San Francisco, CA 94109
   (415) 928-4200
4  (415) 928-4264 Fax
   Email: sealawyer@sbcglobal.net
5  Attorney for Brian Stacy

6                    UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                          OAKLAND DIVISION

9  LORI WADE, individually and as Personal,  )  **CASE NO.:** C 07 5487 CW
10 Representative of PAUL ALAN WADE,         )
   Deceased,                                  )
11                                             )
                 Plaintiff,                    )
12                                             )  **STIPULATION OF THE PARTIES**
           - vs -                              )  **THAT CASES ARE RELATED**
13                                             )
   TSCHUDI SHIPPING COMPANY, A.S.,             )
14 *et al.*                                    )
                                               )
15               Defendants.                   )
                                               )
16                                             )

17      It is hereby agreed and stipulated by the parties through their undersigned attorneys that the

18 case of of *Stacy v. Rederiet Otto Danielsen, A.S., et al.,* Case No. C 08 3568 EMC, is related to the

19 captioned case within the meaning of Local Rule 3-12.

20 Dated: August 15, 2008                      Law Offices of John J. Hughes

21

22                                             By:_____/S/_____
                                                         John J. Hughes
23                                                 Attorney for Plaintiff Brian Stacy

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Stipulation of the Parties that Cases Are Related                                            1

| | |
|---|---|
| Dated: August 15, 2008 | Emard Danoff Port Tamulski & Paetzold |
| | |
| | By: _____/S/_____ |
| | James Tamulski |
| | Attorneys for Defendants |
| | Rederiet Otto Danielsen, A.S., and |
| | K/S Aries Shipping, |

[The filer of this document attests that concurrence in the filing of this document has been obtained from defendant's attorney above, and shall serve in lieu of his signature.]

| | |
|---|---|
| Dated: August 15, 2008 | McGuinn, Hillsman & Palefsky |
| | |
| | By: _____/S/_____ |
| | John R. Hillsman |
| | Attorneys for Plaintiff Lori Wade |

[The filer of this document attests that concurrence in the filing of this document has been obtained from plaintiff's attorney above, and shall serve in lieu of his signature.]

---

Stipulation of the Parties that Cases Are Related                    2