John J. Hughes, Cal. State Bar #96481
LAW OFFICE OF JOHN J. HUGHES
Number One Cathedral Hill Tower
1200 Gough Street
San Francisco, CA  94109
(415) 928-4200
(415) 928-4264 Fax
Email: sealawyer@sbcglobal.net
Attorney for Brian Stacy

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LORI WADE, individually and as Personal, Representative of PAUL ALAN WADE, Deceased,<br><br>            Plaintiff,<br><br>     - vs -<br><br>TSCHUDI SHIPPING COMPANY, A.S., *et al.*<br><br>            Defendants. | **CASE NO.:** C 07 5487 CW<br><br>**ERRATUM RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

The Administrative Motion to Consider Whether Cases Should Be Related and accompanying Stipulation of the Parties That Cases are Related filed by Brian Stacy as Docket Numbers 38 and 39 respectively incorrectly identify the case number of *Stacy v. Rederiet Otto Danielsen, A.S., et al.* as "C 08 3568." The correct case number is "C 08 3586."

Dated: August 15, 2008

                                        Law Offices of John J. Hughes


                                        By:_____/S/_____
                                                John J. Hughes

---

Erratum re Administrative Motion to Consider Whether Cases Should Be Related                                        1