UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI WADE, et al.,<br><br>        Plaintiff(s),<br><br>   v.<br><br>TSCHUDI SHIPPING COMPANY, et al.,<br><br>        Defendant(s). | No. C07-5487 CW (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the pending discovery dispute is scheduled for **Friday, November 7, 2008 at 2:00 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated:  November 4, 2008

                                       Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-REFS\WADE\TEL CONFERENCE ORDER2.wpd

1