1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   James J. Tamulski (State Bar #64880)
2  Jared A. Washkowitz (State Bar #226211)
   49 Stevenson Street, Suite 400
3  San Francisco, CA 94105
   Telephone:    (415) 227-9455
4  Facsimile:    (415) 227-4255
   E-Mail:       jtamulski@edptlaw.com
5                jwashkowitz@edptlaw.com

6  Attorneys for Defendants Attorneys for Defendants REDERIET OTTO
   DANIELSEN, and K.S. ARIES SHIPPING
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

| LORI WADE, individually and as Personal Representative of PAUL ALAN WADE, Deceased, | Case No.: C 07 5487 CW |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO COMPLETE ADR FROM OCTOBER 31, 2008 UNTIL MARCH 27, 2009;** [PROPOSED] **ORDER** |
| vs. | |
| TSCHUDI SHIPPING COMPANY, A.S., REDERIET OTTO DANIELSEN, ARIES MARITIME TRANSPORT, LTD., FIRST BALTIC SHIP MANAGMENT, A.S. | |
| Defendants. | |

    Plaintiff LORI WADE, individually and as Personal Representative of PAUL ALAN

WADE, Deceased, and Defendants REDERIET OTTO DANIELSEN and K.S. ARIES

SHIPPING (herein "Defendants") (collectively "the Parties") hereby stipulate as follows:

    1.    Plaintiff seeks damages due to the death of decedent Paul Alan Wade in July 2007

in waters off the coast of Point Reyes, California.

    2.    Plaintiff's First Amended Complaint was filed on October 29, 2007.

    3.    Defendants filed an Answer to the First Amended Complaint on January 28, 2008.

- 1 -

STIPULATION AND [PROPOSED] ORDER
Case No.: C 07 5487 CW
G:\45100.011 EVA DANIELSEN\Pleadings\Stipulation to Extend ADR Deadline- 2.doc

4.  On March 20, 2008 this Court issued a Case Management Order whereby the Parties were ordered to complete their ADR session (private mediation) by August 4, 2008.

5.  On July 15, 2008, the Court issued an Order extending the mediation completion deadline to October 31, 2008.

6.  A further case management conference is set for January 15, 2009.

7.  Trial is set for May 4, 2009.

8.  The Parties are in the process of conducting written discovery.

9.  Plaintiff Lori Wade's deposition has been taken, but no other depositions have been taken at this time due to scheduling conflicts and difficulty in locating various witnesses.

10. In addition, Plaintiff recently filed a Motion for Leave to Amend her complaint to add a new defendant. That motion is set for hearing on November 20, 2008. The new defendant is a foreign company located in Croatia and may be difficult to serve.

11. In addition, on October 10, 2008, a complaint was filed in the Northern District of California by Plaintiff Brian Stacy for Negligent Infliction of Emotional Distress against Defendants (herein "the Stacy case"), Case No. C 08 3586 CW. Mr. Stacy alleges he was the captain of a fishing vessel and suffered emotional injuries due to the accident involving Paul Wade. His suit also names the Croatian defendant that Plaintiff Lori Wade seeks to name as a defendant. Plaintiff Lori Wade has filed a motion to consolidate the Stacy case with her case. This motion is unopposed and set for hearing on November 20, 2008.

12. The Parties believe that the mediation should not take place until the new defendant is served and has participated in discovery, and until this case and the Stacy case are consolidated. A global mediation is more likely to facilitate resolution of this case than piecemeal mediations.

13. Due to the anticipated difficulty that Ms. Wade and Mr. Stacy may have in serving

the new defendant, and the amount of time it may take for Mr. Stacy and the new defendant to get up to speed, the Parties will be unable to participate in mediation by October 31, 2008.

14. Accordingly the Parties request that the Court enter an Order extending the date for the Parties to complete the ADR session from October 31, 2008 until **March 27, 2009.**

15. Extending the date for the Parties to complete the ADR session will not impact any other deadline set by the Court in this case, and it will give Mr. Stacy and the new defendant time to get up to speed and participate in a meaningful mediation.

DATED: October 31, 2008        MCGUINN HILLSMAN & PALEFSKY

By _____/s/_____
John R. Hillsman
Attorneys for Plaintiff LORI WADE, individually and as Personal Representative of PAUL ALAN WADE, Deceased

DATED: October 31, 2008        EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By _____/s/_____
James J. Tamulski
Jared A. Washkowitz
Attorneys for Defendants REDERIET OTTO DANIELSEN and K.S. ARIES SHIPPING

### [PROPOSED] ORDER

The above Stipulation is approved. The Parties shall complete the ADR process by March 27, 2009.

Dated: 11/4/08

_____
HON. CLAUDIA WILKEN