UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI WADE, et al.,<br><br>              Plaintiffs,<br><br>     v.<br><br>TSCHUDI SHIPPING COMPANY, et al.,<br><br>              Defendants. | No. C07-5487 CW (BZ)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER** |

Following a telephonic discovery conference between the parties on November 7, 2008, and on the basis of the papers previously filed with the Court, **IT IS HEREBY ORDERED AS FOLLOWS**:

    1. Plaintiff's request for a protective order (Docket No. 48) is **DENIED**. The court cannot foresee all the circumstances under which a non-party witness could surface later in the proceedings so the issues presented by plaintiff are better dealt with in pretrial *in limine* motions; and

    2. When and if defendants or counsel for defendants have contact with any of the missing witnesses, they are **ORDERED** to

1

provide plaintiff with the witness' contact information as part of their duty to supplement disclosures and discovery.

Dated: November 14, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WADE\ORDER DENYING MOTION FOR PROTECTIVE ORDER.wpd

2