**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI WADE,<br><br>    Plaintiff,<br><br>  v.<br><br>TSCHUDI SHIPPING COMPANY A.S., et al.,<br><br>    Defendants.<br>_____<br>BRIAN STACY,<br><br>    Plaintiff,<br><br>  v.<br><br>REDERIET OTTO DANIELSEN, A.S., et al.,<br><br>    Defendants.<br>_____/ | No. 07-05487 CW<br><br><br><br><br><br><br><br><br><br>No. 08-03586 CW<br><br><br>ORDER CONSOLIDATING CASES |

    Pursuant to this Court's Order Granting Motion to Consolidate and Motion to for Leave to Amend, the above-captioned cases are consolidated for all further proceedings.  All further documents shall be filed in C-07-5487 CW, <u>Wade v. Tschudi Shipping Company, et al</u>.

    There appears to be no further reason at this time to maintain C-08-3586 CW, <u>Stacy v. Rederiet Otto Danielsen, A.S., et al.</u>, as an

open case for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Dated   11/24/08

/s/ Claudia Wilken
CLAUDIA WILKEN
United States District Judge

2