John R. Hillsman (State Bar No. 71220)
Abraham Feinstein Hillsman (State Bar No. 241810)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Lyle C. Cavin, Jr. (SBN 44958)
Christopher W. Goodroe (SBN 224386)
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: (510) 444-2501
Facsimile: (510) 444-4209

Attorneys for Plaintiff
LORI WADE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI WADE, individually and as Personal Representative of PAUL ALAN WADE Deceased, | No. C 07 5487 CW |
| | E-filing |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

        COMES NOW PLAINTIFF LORI WADE, pursuant to USDC Northern District Local Rule 3-13, and hereby gives notice of the following pending case:

        **(1)**     **<u>Description of the other action:</u>**

---

Plaintiff's Notice of Pendency of Other Action or Proceeding     1

Title:   *Lori Wade v. United States of America*

Case No.   CV 09 1976 JCS

**(2)   <u>The title and location of the court in which the other action is pending</u>:**

United States District Court, Northern District of California

**(3)   <u>Statement of the Relationship:</u>**

Both of these cases arise out of the death by drowning of Plaintiff's husband, PAUL ALAN WADE, that occurred on or about July 13, 2007, when the 290-foot, steel-hulled Bahamian freighter commonly known as the M/V Eva Danielson collided with Decedant's fishing boat in the navigable waters off Point Reyes, California.

(4)   Plaintiff herein believes that assignment of the two cases to a single Judge is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated:   May 5, 2009         McGUINN, HILLSMAN & PALEFSKY
                              Attorneys for Plaintiff Lori Wade

By:   *John R. Hillsman*
       John R. Hillsman

---

Plaintiff's Notice of Pendency of Other Action or Proceeding         2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
415/421-9292

---

Plaintiff's Notice of Pendency of Other Action or Proceeding       3