TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

The above-entitled action having been compromised and settled to the full satisfaction of PLAINTIFF LORI WADE, individually and as Personal Representative of PAUL ALAN WADE Deceased, and ALL DEFENDANTS [TSCHUDI SHIPPING COMPANY A.S.; REDERIET OTTO DANIELSEN; K.S. ARIES SHIPPING (erroneously sued as "ARIES MARITIME TRANSPORT, LTD."); FIRST BALTIC SHIP MANAGEMENT A.S.; and MARINCONSULT SHIP MANAGEMENT], comes now Plaintiff LORI WADE and hereby authorizes and requests you to enter and record a dismissal with prejudice herein, pursuant to Fed.R.Civ.P. 41(a)(2), as to all Defendants named herein, such dismissal to operate as a bar to the further consideration by this or any Court or tribunal of any of the matters stated or referred to therein.

Dated: May 28, 2009                    McGUINN, HILLSMAN & PALEFSKY
                                       Attorneys for Plaintiff LORI WADE


                                       By: _____
                                              JOHN R. HILLSMAN


**ORDER**

GOOD CAUSE APPEARING THEREFOR, it is so ordered.

Dated: _____

                                       _____
                                       CLAUDIA WILKEN
                                       Judge, United States District Court

_____
Plaintiff Lori Wade's Request for Dismissal                                    2