John R. Hillsman (State Bar No. 71220)
Abraham Feinstein Hillsman (State Bar No. 241810)
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, California  94133
Telephone: (415) 421-9292

Attorneys for Plaintiff
LORI WADE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI WADE, individually and as Personal Representative of PAUL ALAN WADE Deceased,<br><br>                    Plaintiff,<br><br>vs.<br><br>TSCHUDI SHIPPING COMPANY A.S., et al.,<br><br>                    Defendants.<br><br>BRIAN STACY,<br><br>                  Plaintiff,<br><br>vs.<br><br>REDERIET OTTO DANIELSEN, A.S., et al.,<br><br>                  Defendants. | Consolidated  Case No.  C 07 5487 CW<br><br>[consolidated with case No. C 08 3586]<br><br>e-filing case<br><br><br>**PLAINTIFF LORI WADE'S REQUEST FOR DISMISSAL AND ORDER THEREON**<br><br>**Fed.R.Civ.P. 41(a)(2)** |

_____
Plaintiff Lori Wade's Request for Dismissal

1

1  TO:  THE CLERK OF THE ABOVE-ENTITLED COURT:

2  The above-entitled action having been compromised and settled to the full satisfaction of
3  PLAINTIFF LORI WADE, individually and as Personal Representative of PAUL ALAN
4  WADE Deceased, and ALL DEFENDANTS [TSCHUDI SHIPPING COMPANY A.S.;
5  REDERIET OTTO DANIELSEN; K.S. ARIES SHIPPING (erroneously sued as "ARIES
6  MARITIME TRANSPORT, LTD."); FIRST BALTIC SHIP MANAGEMENT A.S.; and
7  MARINCONSULT SHIP MANAGEMENT], comes now Plaintiff LORI WADE and hereby
8  authorizes and requests you to enter and record a dismissal with prejudice herein, pursuant to
9  Fed.R.Civ.P. 41(a)(2), as to all Defendants named herein, such dismissal to operate as a bar to
10 the further consideration by this or any Court or tribunal of any of the matters stated or referred
11 to therein.

Dated: May 28, 2009               McGUINN, HILLSMAN & PALEFSKY
                                  Attorneys for Plaintiff LORI WADE


                                  By: _____
                                          JOHN R. HILLSMAN


**ORDER**

GOOD CAUSE APPEARING THEREFOR, it is so ordered.

Dated: ____6/9/09_____     _[signature: Claudia Wilken]_

                                  _____
                                  CLAUDIA WILKEN
                                  Judge, United States District Court

_____
Plaintiff Lori Wade's Request for Dismissal                                          2

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
415/421-9292