IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORI WADE,

        Plaintiff,

   v.

TSCHUDI SHIPPING COMPANY, A.S., et al.,

        Defendants.
_____/

BRIAN STACY,

        Plaintiff,

   v.

REDERIET OTTO DANIELSEN, A.S.; K/S ARIES SHIPPING; and MARINCONSULT SHIP MANAGEMENT,

        Defendants.
_____/

No. C 07-5487 CW

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE

    This consolidated action arises from a July 13, 2007 collision between the Eva Danielsen and the F/V Buona Madre, which resulted in the death of the fishing vessel's captain.  Plaintiff Lori Wade, widow of the decedent, brought claims for wrongful death against Defendants Tschudi Shipping Company, A.S., et al.  Plaintiff Brian Stacy, who owned and operated the F/V Marja, charged Defendants Rederiet Otto Danielsen, A.S.; K/S Aries Shipping; and Marinconsult Ship Management with negligent infliction of emotional distress (NIED).

    On January 15, 2009, the Court held that Stacy failed to state a claim for NIED and dismissed his complaint with leave to amend.

Stacy chose not to amend his complaint and appealed the Court's ruling. Wade voluntarily dismissed her claim following a settlement.

On June 29, 2010, the Ninth Circuit concluded that Stacy plead a cognizable NIED claim, reversed this Court's judgment and remanded his case for further proceedings. The Ninth Circuit's mandate issued on August 20, 2010.

In light of the Ninth Circuit's opinion, the Court sets an initial case management conference for September 28, 2010 at 2:00 p.m. The parties shall file their joint case management conference statement by September 21, 2010.

IT IS SO ORDERED.

Dated: August 30, 2010

CLAUDIA WILKEN
United States District Judge