IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI WADE, individually and as Personal Representative of PAUL ALAN WADE Deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>TSCHUDI SHIPPING COMPANY A.S., et al.,<br><br>    Defendants.<br>_____/ | No. C 07-05487 CW<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO COMPLETE ADR PROCESS<br><br>(Docket No. 102) |

   Having considered the papers submitted by the parties, the Court GRANTS Stipulation for Extension of Time to Complete ADR Process. (Docket No. 102.) It is hereby ordered that March 31, 2011, is the date by which the parties must complete mediation.

Dated: 2/8/2011

*Claudia Wilken*

CLAUDIA WILKEN
United States District Judge

cc: ADR