EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (64880)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:   (415) 227-9455
Facsimile:   (415) 227-4255
E-Mail:      jtamulski@edptlaw.com

Attorneys for Defendants REDERIET OTTO DANIELSEN, and K/S ARIES SHIPPING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRIAN STACY, <br><br> Plaintiff, <br><br> vs. <br><br> REDERIET OTTO DANIELSEN, A.S., et al., <br><br> Defendants. | Case No.:  C 07-05487 CW <br><br> **STIPULATION AND ORDER RE ADR PROCESS AND DEADLINE FOR HEARING DISPOSITIVE MOTIONS** |

WHEREAS pursuant to the Court's Order of February 8, 2011, the parties currently have until March 31, 2011, to complete mediation;

WHEREAS the parties are engaged in discovery and need additional time;

WHEREAS the parties wish to be referred to "Court-connected mediation," as opposed to private mediation; and

WHEREAS the parties wish to request a date by which all dispositive motions are to be heard;

IT IS HEREBY STIPULATED and agreed that the date by which to complete mediation shall be extended from March 31, 2011, to October 31, 2011; the parties are to be referred to "Court-connected mediation; and, that the parties have until September 29, 2011, to have any dispositive motion heard.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 1 -

STIPULATION AND P~~ROPOSED~~ ORDER RE ADR/MOTIONS
Case No.:  C 07-05487 CW

| | |
|---|---|
| DATED:  March 31, 2011 | EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP |

By    /s/ James J. Tamulski
        James J. Tamulski
Attorneys for Defendants REDERIET OTTO DANIELSEN, and K/S ARIES SHIPPING

| | |
|---|---|
| DATED:  March 31, 2011 | LAW OFFICE OF JOHN J. HUGHES |

By    /s/ John J. Hughes
        John J. Hughes
Attorney for Plaintiff BRIAN STACY

## ATTESTATION

I attest that concurrence in the filing of this document has been obtained from every other signatory and shall serve in lieu of his or her signature on the document.

By    /s/ James J. Tamulski
        James J. Tamulski

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The that the date by which to complete mediation shall be extended from March 31, 2011, to **June 30, 2011**; the parties are to be referred to "Court-connected mediation; and, that the parties have until **August 25, 2011**, to have any dispositive motion heard. **Please note that the title of this case remains "Wade v. Tschudi Shipping Company A.S. et al."**

DATED: 4/5/2011        By _/s/ Claudia Wilken_
        The Honorable Claudia Wilken

cc: ADR

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

STIPULATION AND PROPOSED ORDER RE ADR/MOTIONS
Case No.: C 07-05487 CW