EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (64880)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: jtamulski@edptlaw.com

Attorneys for Defendants REDERIET OTTO DANIELSEN, and K/S ARIES SHIPPING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LORI WADE, individually and as Personal Representative of PAUL ALAN WADE, Deceased,<br><br>                 Plaintiff,<br><br>     vs.<br><br>TSCHUDI SHIPPING COMPANY, A.S., et al.,<br><br>                 Defendants. | Case No.: C 07-05487 CW<br><br>**STIPULATION AND ORDER RE EXTENDING DEADLINES FOR MEDIATION, DISCOVERY, AND DISPOSITIVE MOTIONS** |

Pursuant to the Court's Order of April 5, 2011, the parties had until June 30, 2011, to complete mediation. The parties were unable to meet that deadline for various reasons, but primarily due to plaintiff-fisherman's need to fish when the season is open. The parties have proceeded to schedule the mediation for August 8, 2011, and the Defendants' insurance representative will be flying from Denmark to participate.

Due to the inability to complete the mediation as previously ordered by the Court, the parties hereby stipulate to, and respectfully ask the Court to approve, the following changes to the deadlines previously imposed by the Court:

August 8, 2011 – last day to complete mediation (from June 30, 2011);

1  September 23, 2011 - last day to complete fact discovery and disclose experts and their
2  reports (from July 29, 2011);
3  October 13, 2011 – last day to hear dispositive motions (from August 25, 2011).
4  The parties do not request a change in either the pre-trial conference date of November
5  15, 2011, nor the trial commencement date of November 28, 2011.

6  DATED:  July 8, 2011          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

7

8                                             By         /s/ James J. Tamulski
                                                          James J. Tamulski
9                                                Attorneys for Defendants REDERIET OTTO DANIELSEN,
                                                 and K/S ARIES SHIPPING
10

11

12  DATED:  July 8, 2011          LAW OFFICE OF JOHN J. HUGHES

13

14                                             By         /s/ John J. Hughes
                                                          John J. Hughes
15                                               Attorney for Plaintiff BRIAN STACY

16

17                                         **ATTESTATION**

18  I attest that concurrence in the filing of this document has been obtained from every other
19  signatory and shall serve in lieu of his or her signature on the document.

20                                             By         /s/ James J. Tamulski
                                                          James J. Tamulski
21

22

23                                            **ORDER**

24  Good cause appearing therefore, IT IS HEREBY ORDERED THAT:

25  The date by which to complete mediation shall be extended to August 8, 2011; the date to
26  complete fact discovery and disclosure of experts and their reports be extended to September 23,
27  2011; and the parties have until October 13, 2011 to have any dispositive motion heard. **A case**
28  **management conference will be held on October 13, 2011 at 2:00 p.m., whether or not case**

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 2 -

STIPULATION AND PROPOSED ORDER RE MEDIATION, DISCOVERY, DISPOSITIVE MOTIONS
Case No.:  C 07-05487 CW

1  dispositive mtions are filed. If motions are filed, the pretrial and trial dates may have to be
2  continued.

4  DATED: __7/11/2011__          By  _[signature]_
                                     The Honorable Claudia Wilken

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 3 -
STIPULATION AND PROPOSED ORDER RE MEDIATION, DISCOVERY, DISPOSITIVE MOTIONS
Case No.:  C 07-05487 CW