1   John J. Hughes, Cal. State Bar #96481
    LAW OFFICE OF JOHN J. HUGHES
2   Number One Cathedral Hill Tower
    1200 Gough Street
3   San Francisco, CA  94109
    (415) 928-4200
4   (415) 928-4264 Fax
    Email: sealawyer@sbcglobal.net
5   Attorney for Plaintiff
    Brian Stacy

6

7

8                   UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11                                    )   CASE NO.:  C 07 05487 CW
    LORI WADE,                        )
12                                    )   STIPULATION FOR DISMISSAL;
                    Plaintiff,        )   ORDER
13                                    )
        - vs -                        )
14                                    )
    TSCHUDI SHIPPING COMPANY A.S.,    )
    *et al.*                          )
15                  Defendants.       )
                                      )
16  _____)
                                      )
17  BRIAN STACY,                      )
                                      )
18                  Plaintiff,        )
                                      )
19      - vs -                        )
                                      )
20  REDERIET OTTO DANIELSEN, A.S.,    )
    *et al.*                          )
21                                    )
                    Defendants.       )
22  _____)

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

---

1    This case having been fully compromised and settled, the parties hereby stipulate pursuant to

2  F.R.C.P. Rule 41(a) and request the Court to order that this action be fully dismissed with prejudice,

3  each party to bear its own costs.

4  Dated: September 22, 2011          LAW OFFICE OF JOHN J. HUGHES

5

6                                      By:_____/S/ John J. Hughes_____
                                              John J. Hughes
7                                             Attorney for Plaintiff
                                       [The filer of this document attests that concurrence in the filing of
8                                      this document has been obtained from defendant's attorney below,
                                       and shall serve in lieu of his signature.]
9

10  Dated: September 22, 2011          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

11

12                                     By:_____/S/_____
                                              James J. Tamulski
13                                     Attorneys for Defendants, Rederiet
                                       Otto Danielsen, and K/S Aries Shipping
14

15  PURSUANT TO STIPULATION IT IS SO ORDERED.

16  Dated:  ___9/23/2011_____

17

18                                     _____
                                       Hon. Claudia Wilken
19                                     U.S. DISTRICT JUDGE

20

21

22

23

24

25

26

27

28